| Date | Pleading Number | |
|---|---|---|
| 11/21/74 | 1. | MOTION -- plaintiff Golden Palace, Inc., in actions pending in D.C. and Maryland -- w/supporting brief, Schedule of Cases, Schedule of Judges; Schedule of Attorneys, complaints in both actions and proof of service on all attorneys and clerks of the district courts involved.<br>REQUESTED TRANSFEREE FORUM: District of Columbia |
| 12/3/74 | | ORDER -- Denying transfer of litigation pursuant to 28 U.S.C. §1407 because the action pending in D. D.C. was dismissed by Judge Parker on 11/27/74 and transfer under 1407 is MOOT Notified involved court clerks, judges and counsel |
| 12/3/74 | | NATIONAL BROADCASTING CO. LETTER -- enclosing copy of J. Parker's dismissal order in 74-1064 |

## Description of Litigation

### IN RE GOLDEN PALACE, INC. DEFAMATION LITIGATION

#### Summary of Panel Action

Date(s) of Hearing(s) _____

Date(s) of Opinion(s) or Order(s) _____

Consolidation Ordered ____   Name of Transferee Judge _____

Consolidation Denied XX   Transferee District _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Golden Palace, Inc. v. National Broadcasting Co., Inc. | D. D.C. Parker | 74-1064 | | | 4/27/74 | |
| A-2 | Golden Palace, Inc. v. China Garden, Inc., et al. | D. Md. Blair | B-74-960 | | | | |

ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

MDL-194 -- IN RE GOLDEN PALACE, INC. DEFAMATION LITIGATION

| No. | Plaintiff | Defendant |
|---|---|---|
| A-1<br>A-2 | Robert D. Powell, Esquire<br>Law Offices of Robert D. Powell<br>Suite 400, 734 15th St., N.W.<br>Washington, D.C.  20005 | E. Austin Carlin, Esquire<br>Murphy and Carlin<br>7901 Wisconsin Avenue<br>Bethesda, Maryland  20014<br><br>E. Sherman Katz, Esquire<br>Coudart Brothers<br>One Farragut Square South<br>Washington, D.C.  20006 |